IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01568-AP

JENNIFER A. LEAF,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
WILLIAM E. BENJAMIN
5350 Manhattan Circle, Suite 105
Boulder, CO 80303
(303) 442-9005
(303) 442-2345 (fax)
E-mail: wbenjaminlaw@ecentral.com

<u>For Defendant</u>:
TROY A. EID
United States Attorney

KURT J. BOHN
Assistant U.S. Attorney

DEBRA J. MEACHUM
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado 80294
Telephone: (303) 844-1570
debra.meachum@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

     A.     Date Complaint Was Filed:   08/09/2006
     B.     Date Complaint Was Served on U.S. Attorney's Office:   08/14/2006
     C.     Date Answer and Administrative Record Were Filed:   10/13/2006

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

     The parties state that the record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

     The parties state that there is no additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

     The parties state that this case raises no unusual claims or defenses.

**7. OTHER MATTERS**

     None.

**8. PROPOSED BRIEFING SCHEDULE**
Because of workload and scheduling, counsel for Defendant requests additional time, until January 15, 2007, to file a response brief.  Counsel for both parties agree to the following proposed briefing schedule:

     A.     Plaintiff's Opening Brief Due:          12/04/2006
     B.     Defendant's  Response Brief Due:     01/15/2007
     C.     Plaintiff's  Reply Brief (If Any) Due: 01/30/2007

**9. STATEMENTS REGARDING ORAL ARGUMENT**

     The parties do not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

     A.    ( X )  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

     B.    (  )  **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

     DATED this 3rd day of November, 2006.

                                        BY THE COURT:

                                        <u>S/John L. Kane</u>
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ William E. Benjamin 11/2/06 | TROY A. EID<br>UNITED STATES ATTORNEY |
| WILLIAM E. BENJAMIN<br>5350 Manhattan Circle, Suite 105<br>Boulder, CO 80303<br>(303) 442-9005<br>(303) 442-2345 (fax)<br>E-mail: wbenjaminlaw@ecentral.com | KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov |
| Attorney for Plaintiff | s/ Debra J. Meachum 11/2/06<br>By: Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>Telephone: (303) 844-1570<br>debra.meachum@ssa.gov |
| | Attorneys for Defendant |